\* Attach copies of all tax deposit slips for verification

The undersigned, having prepared the foregoing report, certifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of our (my) knowledge.

Dated: 12/19/14 _____
                              Signature
            REPORT IS NOT ACCEPTABLE WITHOUT SIGNATURE

1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

Dina M. DiOrio-Hogan,                                CHAPTER 13

                                                     CASE NO. 11-38277 (CGM)
                            Debtor(s)
------------------------------------X

**FINANCIAL STATEMENT FOR THE MONTH ENDING** August 2014

GROSS MONTHLY SALES                        $ 15,630 —
COST OF SALES              (-)             $   0
TOTAL MONTHLY INCOME                       $ 15,630

**BUSINESS OPERATING EXPENSES:**

Rent              1640 —
Income Taxes              _____  * attach deposit slip
Sales Tax                 _____  * attach deposit slip
Wages, Salaries   5240 —
Utilities         257 —
Telephone         220 —
Supplies          1,113 —
Other (explain)   1015 — Collections & Billing
                  102 — Bank Charges
                  89 — Dues/Subscriptions
                  174 — Insurance
                  2020 — Professional fees

**TOTAL BUSINESS EXPENSES:**   ( ) $ 12,107

**NET PROFIT** ..................... $ 3523 —

237 — Computer Expenses

10:07 AM
09/04/14
Cash Basis

# Millbrook Chiropractic Office LLC
## Profit & Loss
### August 2014

|  | Aug 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4030 · Fees | |
|     4000 · Credit Cards Direct Deposit | 2,953.84 |
|     4070 · Patient Fees | 12,678.22 |
| **Total 4030 · Fees** | 15,632.06 |
| **Total Income** | 15,632.06 |
| **Expense** | |
| 6000 · Collection & Billing | 1,015.00 |
| 6120 · Bank Service Charges | 102.07 |
| 6160 · Dues and Subscriptions | 89.00 |
| 6180 · Insurance | |
|     6185 · Liability Insurance | 90.34 |
|     6420 · Work Comp | 83.63 |
| **Total 6180 · Insurance** | 173.97 |
| 6270 · Professional Fees | |
|     6650 · Accounting | 2,020.00 |
| **Total 6270 · Professional Fees** | 2,020.00 |
| 6290 · Rent | 1,640.00 |
| 6320 · Computer Expense | 237.05 |
| 6340 · Telephone | 219.66 |
| 6390 · Utilities | |
|     6400 · Gas and Electric | 256.85 |
| **Total 6390 · Utilities** | 256.85 |
| 6560 · Payroll Expenses | |
|     6565 · Fica/Medicare Exp | 372.41 |
|     6566 · SUI Expense | 0.00 |
|     6567 · FUI Expense | 0.00 |
|     6569 · MTA Tax Expense | 0.00 |
|     6560 · Payroll Expenses - Other | 4,868.00 |
| **Total 6560 · Payroll Expenses** | 5,240.41 |
| 6770 · Supplies | |
|     6790 · Office | 1,113.16 |
| **Total 6770 · Supplies** | 1,113.16 |
| **Total Expense** | 12,107.17 |
| **Net Ordinary Income** | 3,524.89 |
| **Net Income** | 3,524.89 |

Page 1

GENOVA & MALIN
Attorneys for the Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:                                          CHAPTER 13

Dina M. DiOrio-Hogan,                           CASE NO. 11-38277 (CGM)

               Debtor(s)
------------------------------------X

FINANCIAL STATEMENT FOR THE MONTH ENDING September 2014

GROSS MONTHLY SALES                     $ 13,438 —

COST OF SALES              (-)          $ —

TOTAL MONTHLY INCOME                    $ 13,438 —

BUSINESS OPERATING EXPENSES:

    Rent                    <360>
    Income Taxes            _____     * attach deposit slip
    Sales Tax               _____     * attach deposit slip
    Wages, Salaries         5823 —
    Utilities               183 —
    Telephone               279 —
    Supplies                1,094 —
    Other (explain)         660 — Collection & Billing
                            74 — Bank charges
                            603 — Insurance
                            28 — reference materials
                            15 — Computer expenses

TOTAL BUSINESS EXPENSES:   (-)$ 8500

NET PROFIT..................$ 4949 —

11:47 AM
10/03/14
Cash Basis

# Millbrook Chiropractic Office LLC
## Profit & Loss
### September 2014

|  | Sep 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4030 · Fees | |
| 4000 · Credit Cards Direct Deposit | 2,750.52 |
| 4070 · Patient Fees | 10,687.93 |
| Total 4030 · Fees | 13,438.45 |
| **Total Income** | 13,438.45 |
| **Expense** | |
| 6000 · Collection & Billing | 660.00 |
| 6120 · Bank Service Charges | 74.22 |
| 6180 · Insurance | |
| 6415 · Malpractice Insurance | 669.00 |
| 6420 · Work Comp | -5.88 |
| Total 6180 · Insurance | 663.12 |
| 6290 · Rent | -360.00 |
| 6320 · Computer Expense | 14.99 |
| 6340 · Telephone | 279.11 |
| 6390 · Utilities | |
| 6400 · Gas and Electric | 183.06 |
| Total 6390 · Utilities | 183.06 |
| 6560 · Payroll Expenses | |
| 6565 · Fica/Medicare Exp | 417.38 |
| 6566 · SUI Expense | 0.00 |
| 6567 · FUI Expense | 0.00 |
| 6569 · MTA Tax Expense | 0.00 |
| 6560 · Payroll Expenses - Other | 5,456.01 |
| Total 6560 · Payroll Expenses | 5,873.39 |
| 6680 · Reference Materials | 28.16 |
| 6770 · Supplies | |
| 6790 · Office | 1,093.50 |
| Total 6770 · Supplies | 1,093.50 |
| **Total Expense** | 8,509.55 |
| **Net Ordinary Income** | 4,928.90 |
| **Net Income** | 4,928.90 |

Page 1

GENOVA & MALIN
Attorneys for the Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:                                          CHAPTER 13

Dina M. DiOrio-Hogan,                           CASE NO. 11-38277 (CGM)

                    Debtor(s)
------------------------------------X

FINANCIAL STATEMENT FOR THE MONTH ENDING **October 2014**

GROSS MONTHLY SALES                  $ 14,303 —

COST OF SALES             (-)        $    —

TOTAL MONTHLY INCOME                 $ 14,303 —

BUSINESS OPERATING EXPENSES:

| Item | Amount | Note |
|---|---|---|
| Rent | 3640 — | |
| Income Taxes |  | * attach deposit slip |
| Sales Tax |  | * attach deposit slip |
| Wages, Salaries | 4973 — | |
| Utilities | 630 — | |
| Telephone | 28 — | |
| Supplies | 607 — | |
| Other (explain) | 1310 — | Collection & Billing |
|  | 63 — | Bank Charges |
|  | 120 — | Insurance |
|  | 15 — | Interest expense |

TOTAL BUSINESS EXPENSES:     (-)$ 11,654 —

NET PROFIT..............................$ 2,649 —

15 Computer expense

11:25 AM
12/19/14
Cash Basis

## Millbrook Chiropractic Office LLC
### Profit & Loss
#### October 2014

|  | Oct 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4030 · Fees | |
| 4000 · Credit Cards Direct Deposit | 3,292.50 |
| 4070 · Patient Fees | 11,010.43 |
| Total 4030 · Fees | 14,302.93 |
| **Total Income** | 14,302.93 |
| **Expense** | |
| 6000 · Collection & Billing | 1,310.00 |
| 6120 · Bank Service Charges | 63.13 |
| 6180 · Insurance | |
| 6190 · Disability Insurance | 125.00 |
| 6420 · Work Comp | -4.80 |
| Total 6180 · Insurance | 120.20 |
| 6200 · Interest Expense | |
| 6210 · Finance Charge | 15.00 |
| Total 6200 · Interest Expense | 15.00 |
| 6290 · Rent | 3,640.00 |
| 6320 · Computer Expense | 14.99 |
| 6340 · Telephone | 280.66 |
| 6390 · Utilities | |
| 6400 · Gas and Electric | 629.89 |
| Total 6390 · Utilities | 629.89 |
| 6560 · Payroll Expenses | |
| 6565 · Fica/Medicare Exp | 353.43 |
| 6566 · SUI Expense | 0.00 |
| 6567 · FUI Expense | 0.00 |
| 6569 · MTA Tax Expense | 0.00 |
| 6560 · Payroll Expenses - Other | 4,620.00 |
| Total 6560 · Payroll Expenses | 4,973.43 |
| 6770 · Supplies | |
| 6790 · Office | 607.23 |
| Total 6770 · Supplies | 607.23 |
| **Total Expense** | 11,654.53 |
| **Net Ordinary Income** | 2,648.40 |
| **Net Income** | 2,648.40 |

Page 1

GENOVA & MALIN
Attorneys for the Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
IN RE:                                    CHAPTER 13

Dina M. DiOrio-Hogan,                     CASE NO. 11-38277 (CGM)

                    Debtor(s)
------------------------------X

FINANCIAL STATEMENT FOR THE MONTH ENDING November 2014

GROSS MONTHLY SALES            $ 11,521 —
COST OF SALES          (-)     $    —
TOTAL MONTHLY INCOME           $ 11,521 —

BUSINESS OPERATING EXPENSES:

| Item | Amount | Note |
|---|---|---|
| Rent | 1,640 — | |
| Income Taxes |  | * attach deposit slip |
| Sales Tax |  | * attach deposit slip |
| Wages, Salaries | 4,818 — | |
| Utilities | 315 — | |
| Telephone | 281 — | |
| Supplies | 1,293 — | |
| Other (explain) | 815 — | Collection & Billing |
|  | 324 — | Alarm Service |
|  | 44 — | Bank Service Charge |
|  | 1,163 — | Insurance |

TOTAL BUSINESS EXPENSES:    (-) $ 10,925

NET PROFIT..................... $ 596 —

232 — Computer expense

2:27 PM
12/01/14
Cash Basis

# Millbrook Chiropractic Office LLC
## Profit & Loss
### November 2014

|  | Nov 14 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4030 · Fees | |
| 4000 · Credit Cards Direct Deposit | 3,378.93 |
| 4070 · Patient Fees | 8,141.66 |
| Total 4030 · Fees | 11,520.59 |
| Total Income | 11,520.59 |
| **Expense** | |
| 6000 · Collection & Billing | 815.00 |
| 6105 · Alarm Service | 324.38 |
| 6120 · Bank Service Charges | 44.08 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 244.35 |
| 6415 · Malpractice Insurance | 669.00 |
| 6420 · Work Comp | 249.95 |
| Total 6180 · Insurance | 1,163.30 |
| 6290 · Rent | 1,640.00 |
| 6320 · Computer Expense | 232.06 |
| 6340 · Telephone | 280.66 |
| 6390 · Utilities | |
| 6400 · Gas and Electric | 315.15 |
| Total 6390 · Utilities | 315.15 |
| 6560 · Payroll Expenses | |
| 6565 · Fica/Medicare Exp | 342.41 |
| 6566 · SUI Expense | 0.00 |
| 6567 · FUI Expense | 0.00 |
| 6569 · MTA Tax Expense | 0.00 |
| 6560 · Payroll Expenses - Other | 4,476.00 |
| Total 6560 · Payroll Expenses | 4,818.41 |
| 6770 · Supplies | |
| 6790 · Office | 1,293.41 |
| Total 6770 · Supplies | 1,293.41 |
| **Total Expense** | 10,926.45 |
| **Net Ordinary Income** | 594.14 |
| **Net Income** | 594.14 |