**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for PNC Mortgage, a division of PNC Bank,
N.A. as Servicer for Deutsche Bank Trust Company
Americas, as Trustee for Residential Accredit Loans, Inc.,
Mortgage Asset-Backed Pass-Through Certificates, Series
2006-QS3
105 Maxess Road, Suite N109
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Matthew W. Silverman**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

IN RE                                                            CHAPTER 13

DINA M. DIORIO-HOGAN, AKA DINA DIORIO          CASE NO. 11-38277

DEBTOR

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for PNC Mortgage, a division of PNC Bank, N.A. as Servicer for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: March 25, 2015

Respectfully Submitted,

_____
Matthew W. Silverman
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for PNC Mortgage, a division of PNC Bank,
N.A. as Servicer for Deutsche Bank Trust Company
Americas, as Trustee for Residential Accredit Loans, Inc.,
Mortgage Asset-Backed Pass-Through Certificates, Series
2006-QS3
105 Maxess Road, Suite N109
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

15-041559-BK01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

IN RE

DINA M. DIORIO-HOGAN, AKA DINA DIORIO        CHAPTER 13

                                              CASE NO. 11-38277

DEBTOR

                                              JUDGE: Chief Judge Cecelia G. Morris

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                        )ss:
COUNTY OF SUFFOLK       )

I, Rene Longhito, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Islip Terrace, New York.

On March 26, 2015 I served the within Notice of Appearance upon:

TO:   Debtor
      Dina M. DiOrio-Hogan, aka Dina DiOrio
      162 Bower Road
      Poughkeepsie, NY 12603

      Andrea B. Malin
      Genova & Malin, Attorneys
      The Hampton Center
      1136 Route 9
      Wappingers Falls, NY 12590

      Trustee
      Jeffrey L. Sapir
      As Chapter 13 and 12 Trustee
      399 Knollwood Road
      White Plains, NY 10603

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              _____
                                              Rene Longhito
                                              Bankruptcy Paralegal

Sworn to before me this
26th day of March, 2015

_____
Notary Public

ROSS STEVEN MATRAY
Notary Public, State of New York
No. 01MA6309731
Qualified in Nassau County
Commission Expires 08/18/2018

15-041559 - BK01